Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,*
*Ronda J. Sallaberry*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| RONDA J. SALLABERRY, | Case No.: 2:15-cv-01949-JCM-GWF |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL OF DEFENDANT LES SCHWAB TIRE CENTERS OF NEVADA** |
| v. | |
| LES SCHWAB TIRE CENTERS OF NEVADA and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

KAZEROUNI LAW GROUP, APC
NEVADA, CALIFORNIA

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Ronda J. Sallaberry ("Plaintiff") and DefendantLes Schwab Tire Centers of Nevada ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only, in this matter.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 11th day of February 2016.

**KAZEROUNI LAW GROUP, APC**

By:  /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By:  /s/  J. Christopher Jorgensen
J. Christopher Jorgensen, Esq.
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
*Attorneys for Defendant Les Schwab Tire Centers ofCalifornia, erroneously sued as Les Schwab Tire Centers of Nevada*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE


DATED:_____February 17, 2016_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on February 11, 2016, the foregoing STIPULATION OF DISMISSAL OF DEFENDANT LES SCHWAB TIRE CENTERS OF NEVADA was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117